IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| STEVEN KENDRICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 122-045 |
| ) | |
| JOHN PAUL BENNETT; DEPARTMENT ) | |
| OF THE TREASURY, INTERNAL ) | |
| REVENUE SERVICES; ODESSA ) | |
| TRADING CORP.; and GEORGIA ) | |
| DEPARTMENT OF REVENUE, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Respondent Department of the Treasury, Internal Revenue Services removed this case to the Southern District of Georgia from the Superior Court of Richmond County on April 18, 2022. The same day, the Clerk of Court issued a Removal Notice to All Counsel of Record informing Petitioner's Counsel if he intended to appear in the case in federal court, he must file a notice of appearance or motion for admission *pro hac vice* within ten days. (Doc. no. 2.) Attorney John P. Manton III, who represented Petitioner in Superior Court, has not made an appearance, nor has any other attorney appeared on behalf of Petitioner.

By no later than May 31, 2022, Mr. Manton shall file a notice of appearance or otherwise file a notice for the record who will be representing Petitioner in this case. The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Manton by email and United States Mail and document the same on the record.

SO ORDERED this 24th day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA