AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEVEN KENDRICK, in his Official Capacity as Tax Commissioner for Richmond County, Georgia,

    Petitioner,

v.

JOHN PAUL BENNETT; DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE; ODESSA TRADING CORP.; and GEORGIA DEPARTMENT OF REVENUE,

    Respondents.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 1:22-45

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 4, 2022, the Joint Motion to Dismiss the the GDOR is granted, and the Joint Motion for Final Distribution of Excess funds is granted. The GDOR is dismissed from this case. Default Judgment is entered against Odessa Trading Corp. The Clerk shall distribute $31,911.90 of the excess funds plus 80% of any accrued interest to the IRS and distribute $7,820.88 of the excess funds plus 20% of any accrued interest to John Paul Bennett. After the final distribution of funds, the Clerk is hereby directed to close this case.

11/07/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H Burton*
(By) Deputy Clerk

GAS Rev 10/2020